UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | : | MAG. NO. 14-MJ-0048 |
| OF THE UNITED STATES OF AMERICA | : | |
| FOR A SEARCH WARRANT OF | : | |
| THE PREMISES LOCATED AT | : | |
| 3800 NEW HAMPSHIRE AVE., NW, APT 406 | : | UNDER SEAL |
| WASHINGTON, DC 20011 | : | |

**GOVERNMENT'S MOTION TO UNSEAL AFFIDAVIT IN SUPPORT OF SEARCH WARRANT AND RELATED PAPERS, AND MEMORANDUM IN SUPPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the file in the above-captioned matter. As grounds for this motion, the government states as follows:

1. In the above-captioned matter, the government applied for a search and seizure warrant for the premises located at 3800 New Hampshire Ave, NW, Apt 406, Washington, DC 20011. At the same time, the government requested that the affidavit in support of search warrant and all related papers be placed under seal. The search and seizure warrant was issued, the motion was granted, and the matter was placed under seal.

2. The file remains under seal to this date. The government is aware of no facts or circumstances that would justify continuing the seal upon these matters. The passage of time and the progress of the related criminal investigation have dissipated the compelling interest that first warranted sealing these matters. Further, the government needs to provide discovery in the resulting prosecution.

1

WHEREFORE, for the foregoing reasons and any other such reasons as may appear to the Court, the government respectfully requests that its motion be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
Bar No. 447889

_____
CASSIDY KESLER PINEGAR
Assistant United States Attorney
D.C. Bar 482850
U.S. Attorney's Office
555 4th Street, N.W., Room 10-812
Washington, D.C. 20530
202-252-7765
Cassidy.Pinegar@usdoj.gov